In the Matter of the Claim of FRANZ SOMMERS, Respondent, against FITZPATRICK & WELLER and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State

* Affd., 259 N. Y. ——.　　　　　† Affd., 259 N. Y. ——.

644

Industrial Board to abide the event, on the authority of *Matter of Smith* v. *Warren Nash Motor Corp.* (233 App. Div. 296), decided at this term. All concur.